# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| **KENNY RAY CRAIG, SR.,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No.: 5:07-cv-377 (CAR)** |
| | : | |
| **v.** | : | |
| | : | |
| **TROY A. WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |

_____

### *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 22] that Defendant's first Motion to Dismiss [Doc. 12] be denied as moot; Defendant's second Motion to Dismiss [Doc. 17] be granted; and Plaintiff's Motion for Injunctive Relief [Doc. 7] be denied. Plaintiff has filed no objection to the Recommendation.  Having considered the matter, the Court agrees with the Recommendation.  Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 15th day of September, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH